

**1:20CV 365**

## THE MOORISH NATIONAL REPUBLIC
## MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

In The
United States Supreme Court
For Indiana Republic

- FILED -
OCT 19 2020
At_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Ar Razzaaq Rashid Bey, Authorized Representative, Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
Indiana Territory
[c/o 1524 North Purdum Street]
[Kokomo, Indiana Republic [46901]]
Northwest Amexem

**Petitioner**

v.

KOKOMO MAYOR Tyler O. Moore, SUPERIOR COURT 3 JUDGE Douglas A Tate, PROSECUTORS Mark Allan Hurt, Mark A McCann, KOKOMO POLICE DEPARTMENT POLICY ENFORCEER Justin Mackey Badge # 417, Graham Dennis badge # 413, Andrew Grammar badge # 411, Noah Moody badge # 410, Chris White badge # 397, Isaac Walden badge # 421, Ryan Adams badge # 424, Douglas Stout badge # 353, Robert Baker badge # 268 and Zachary Griffith Badge # 414 KOKOMO DEPUTY SHERIFF'S Jordan Buckley badge # 34-66, Justin Markley Badge # 34-72, Alan Weimer Badge # 34-84, Keith Meyers Badge # 34-41, and Ezekiel Zimmerman Badge # 34-81 HOWARD COUNTY INDIANA CORRECTIONS DIVISION Robin Byers, Justin Christmas, Kelsey Kirkpatrick (968), Ben Penrod (C030) Marvin Johnson and JOHNSON'S TOWING INC, Allan Wilson and COMPETITION TOWING & RECOVERY LLC, Kenny Carter, Kobe Carter and MARTIN WRECKER SERVICES INC

**Respondents / Defendants**

### Jurisdiction

This action containing complaints for declaratory relief and for damages, is brought against the defendants to secure due process of law, equal protection and other rights, privileges and immunities guaranteed to complainant by the Constitution / Treaty and laws of these United States Republic.

Jurisdiction of this court is invoked under The Zodiac Constitution ©AA222141 / Library of Congress, Washington, District of Columbia, Constitution / Treaty and laws of the Unites States Republic as follows:

Zodiac Constitution Article 1,2,,3,4,6,7, Indiana State Constatution Article 1Bill of Rights Sec 1,2,9,12, 13,19,20,21,22,24,26,28,30,36,37, United State Republic Constitution,,Article 3 Sec 1,2, Article 4 Sec 1,2,4, Article 6, Universal Declaration of Human Rights Article 1,2,3,6,7,8,9,10,11.12.13,15, I.C. 5-14-3-3,5-4-1-1,5-4-1-1.2

### Venue

Original Jurisdiction United States Supreme Court Supreme Court of Indiana

### Plaintiff

Ar Razzaaq Rashid Bey, Natural Person, In Propria Persona Sui Juris (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another). I am Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America;  Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes.  Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the

Adjoining Islands - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at **Bevines Law Book of Treaties**) the same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the Constitution for the United States of America (Republic):

### THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
**Between Morocco and the United States**

#### Article 20
"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

#### Article 21
"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

### Defendants
Tyler O. Moore, Douglas A Tate, Mark Allan Hurt, Mark A McCann, Justin Mackey badge # 417, Graham Dennis badge # 413, Andrew Grammar badge # 411, Noah Moody badge # 410, Chris White badge # 397, Isaac Walden badge # 421, Ryan Adams badge # 424, Douglas Stout badge # 353, Robert Baker badge # 268, Zachary Griffith Badge # 414, Jordan Buckley badge # 34-66, Justin Markley Badge # 34-72, Alan Weimer Badge # 34-84, Keith Meyers Badge # 34-41, Ezekiel Zimmerman Badge # 34-81, Robin Byers, Justin Christmas, Kelsey Kirkpatrick (968), Ben Penrod (C030), Marvin Johnson, Allan Wilson, Kenny Carter and Kobe Carter

### Facts
In support of this petition I state for the record:

1. An invitation dated 9/31/2020 was received from Superior Court 3 in regard to a claim made by POLICY ENFORCEER Justin Mackey.
2. On 11/2/2019, a Writ in the Nature of Discovery was sent certified mail, return receipt to Clerk of Superior Court 3 requesting certified and verified official copies of Certified Delegation of Authority Order, Oath of Office, Oath of Ethics, and Bond Number so that I could make a physical inspection and verify and Witness the same. This was a Lawful Demand and Request, under the rule of Discovery. It was further stated to provide the information within ten (10) days of receipt of this Notice of Discovery.
3. On Nov 7, 2019 Clerk, of Surperior Court 3 received the Writ in the Nature of Discovery, Jury Trail of my peers Moorish Americans.
4. On Nov 18th, 2019 I made a special appearance to clear up this matter. I advised Magistrate Douglas A Tate that a Writ in the Nature of Discovery, Jury Trail of my own peers was submitted to Clerk of Superior Court 3 At which time Magistrate Douglas A Tate advised me that he would look into it. I also demanded that Magistrate Douglas A Tate dismiss the charges at which time Magistrate Douglas A Tate states he was not going to do that but that he was going to enter a plea for me of not guilty at that time I plead the fifth for the record. at that time Magistrate Douglas A Tate stated I could not plead the fifth in his court in Violation due process of law 5th amendment.
5. I stated for the record a contract has to be disclosed as this is the premise for this claim and without it there can be no claims – All Law is Contract.
6. On December 20, 2019, a Tax Form 56, Notice of Rogatory Appointment with exhibits / Judicial Notice / Legal notice of Removal; was sent via Certified United States Postal. It was received and signed for by a Representative or Clerk of Superior Court III. It has not been Honored nor answered.
7. On January 15, 2020, an "Motion to Compel Discovery with exhibits; was sent via Certified United States Postal. It was received and signed for by a Representative or Clerk of Superior Court III. It has not been Honored nor answered.
8. On February 19, 2020, an Affidavit of Fact / Notice of Default Judgement; was sent via Certified United States Postal. Dishonor due to incomplete non – germane information provided regarding

"Writ of Discovery / evidence of fact." It was received and signed for by a Representative or Clerk of Superior Court III. Assigns were advised that certain documentation was requested, under the 'Rules and Law of Discovery and Disclosure' to make a physical inspection to 'verify and witness' the same in order to prepare a defense to alleged claims. In accord with 'Due Process' under the Law, supported by sworn Oaths and Affirmation by the judges of every State: Denial of Discovery is in direct violation of my Constitutionally Secured Rights to "Due Process of Law" which is a direct violation of your oath of office. This is a 'Lawful Notice' that the said Affidavit stands as sufficient judgment and law. Failure to answer to the lawful Affidavit / Writ of Discovery / evidence of fact; leaves Howard County Superior Court III in a default status.

9. On July 24, 2020, an "Averment Of Jurisdiction" – Quo Warranto; was sent via Certified United States Postal. To HOWARD COUNTY COURTHOUSE SUPERIOR III, MAGISTRATE: DOUGLAS A. TATE, PROSECUTORS: MARK A. HURT and MARK A. MCCANN (hereinafter 'ENTITY'). It was received and signed for by a Representative or Clerk of Superior Court III. A time frame of (10) moor days Ten was warranted for a response; failure to answer to the *lawful* Affidavit / Writ of Discovery / Evidence of fact leaves Averment of Jurisdiction – Quo Warranto. HOWARD COUNTY COURTHOUSE SUPERIOR III, MAGISTRATE: DOUGLAS A. TATE, MARK A. HURT and MARK A. MCCANN in a default 'status'.

10. On August 10, 2020 due to incomplete non – germane information provided in regard to "Averment Of Jurisdiction" – Quo Warranto; thus, making the (alleged) Summons / Ticket – Suit / Bill of Exchange *void ab initio ipso jure and ipso facto*. The fact that this lawful Request has not been Honored nor answered, this Default Judgment is being claimed against MARK A. HURT, MARK A. MCCANN, MAGISTRATE: DOUGLAS A. TATE and all other parties of interest mentioned herein related this matter. In absence of such response, Affiant, Ar Razzaaq Rashid Bey, hereby inserts and records this DEFAULT JUDGMENT upon and against above named Respondent(s) pursuant the United States Republic Constitution. For the record, subject matter was brought in on an "Averment of Jurisdiction" no 'Rebuttal' was submitted to challenge my 'Affidavit Quo Warranto' nor was a Rebuttal or Response received by me from the aforementioned person, representatives or ENTITY. My unrebutted Affidavits of Fact stands as Law. This is a 'Lawful Notice' that the said Affidavit stands as sufficient judgment and law. In addition to your failure to 'Rebut' (Counter-Affidavit). Let it be known that Article VI of the United States Constitution, by which all state and federal employees, agents, contractors, etc. Are bound by Oath to Uphold and Support, with the same Obligations being affirmed by rulings of the United State Supreme Court.

11. On August 14, 2020 I sent the documents listed, To Mayor: Tyler O. Moore, Magistrate Douglas A. Tate, Prosecutors Mark A. Hurt & Mark A. McCann, Public servants Justin Mackey badge # 417, Graham Dennis badge # 413, Andrew Grammar badge # 411, Noah Moody badge # 410, Chris White badge # 397, Isaac Walden badge # 421 and Ryan Adams badge # 424, Justin Markley Badge # 34-72, Alan Weimer Badge # 34-84, Keith Meyers Badge # 34-41, Ezekiel Zimmerman Badge # 34-81 Jordan Buckley badge # 34-66, Robert Baker Badge # 268 and Douglas stout Badge # 353.

1. Affidavit of non-response RE: 34D03-1910-CM-003368

2. Affidavit of fact / notice of default /opportunity to cure RE: 34D03-1910-CM-003368 with exhibits A-G

3. Affidavit of truth RE: UTT#: 000128851376 with exhibits A-J
4. Affidavit of truth RE: 34D03-1910-CM-003368 with exhibits A-I
5. Affidavit of truth RE: 34D03-2007-CM-002235 with exhibits A-J

Through a postal, prepaid, and properly addressed envelope certified mail, return receipt to me requested enclosed and properly sealed at a postal office under the exclusive care and custody of the United States Postal Service within the State of Indiana. Service was effective on date of delivery as is evidenced by the acknowledgment of receipt signed by the individual, clerk or representative to whom it is addressed. There has not been any written response to the Affidavit Of Truth from all parties involved sent certified mail return receipt to me. It has not been Honored nor answered.

12. As of date, September 21, 2020 MC=1440, I have not received any written response to the documents I mailed on dates: September 16, 2020. The documents mailed and the delivery dates were: **On or About:** September 17, 2020 a lawful AFFIDAVIT OF TRUTH RE: 34D03-2007-CM-1989 was sent via Certified United States Postal. TO Tyler O. Moore, Douglas Tate, Justin Mackey Badge # 417, Zachery Griffith Badge # 414, Robin Byers, Justin Christmas, Kelsey Kirkpatrick (968), Ben Penrod CO30) and **HOWARD COUNTY INDIANA CORRECTIONS DIVISION,** Marvin Johnson, **JOHNSON'S TOWING INC,** Allan Wilson, **COMPETITION TOWING & RECOVERY LLC,** Kenny Carter, Kobe Carter, and **MARTIN WRECKER SERVICES INC.** It was received and signed for by the individual, clerk or representative to whom it is addressed. There has not been any written response to the Affidavit Of Truth from all parties involved sent certified mail return receipt to me. It has not been Honored nor answered.

## Legal Claims

For stop and identify issues 4th Amendment see Brown vTexas, 443 US 47 and Kolender v Lawson,461 US 352, The court has no authority to reach merits, but, rather, should dismiss the action." Melo v. US, 505 F2d 1026, There is no discretion to ignore lack of jurisdiction."

Joyce v. U.S. 474 2D 215, Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted," Latana v. Hopper, 102 F. 2d 188; Chicago v. New York, 37F Supp 150., The law provides that once State and Federal jurisdicdion has been challenged, it must be proven." Main v. Thiboutot, 100 S. Ct.2502 (1980)

All Law is contract therefore in order for any claim to be made the contract must be produced. For Magistrate Douglas A Tate to imply that the Writ in the Nature of Discovery does not have to be honored is a violation of my Constitutionally Secured Rights to Due Process of Law.

*The 5th Amendment required that all persons within the United States must be given due process of the law and equal protection of the law.*

In so refusing to honor the Writ in the Nature of Discovery and denial of the Notice of Default Judgment. Magistrate Name has violated his oath of office to uphold the United States Constitution.

*"The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2."*

As the Superior court 3 is administrative Magistrate Douglas A Tate does not have jurisdiction to listen to, hear arguments, presentation, or rational.

*"The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (Article 9 of the Bill of Rights to the Constitution for the United States)."*

*"When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerially".* <u>Thompson v. Smith</u> *154 SE 583.*

*Courts in administrative issues are prohibited from even listening to or hearing arguments, presentation, or rational." ASIS v. US, 568 F2d 284.*

*Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities." Burns v. Supp. Ct., SF, 140 Cal. 1.*

As a Magistrate and officer of the court, refusal to honor the Writ in the Nature of Discover and Notice of Default Judgment is a violation of her oath of office.

As a Magistrate who should be well versed in law, Douglas A Tate knowingly committed fraud as he knowingly has been administering in a capacity which he does not have jurisdiction, delegation of authority, or judicial powers delegated from the legislature

## RELIEF

**1. <u>The Enforcement of the following:</u>** The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status- Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.

1) I, Ar Razzaaq Rashid Bey, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

2) I, Ar Razzaaq Rashid Bey, demand this United States Federal Court stop these abuses of the colorable authority by the Plaintiff as it pertains to this Petitioner.

3) I, Ar Razzaaq Rashid Bey, demand if any criminal charges be found, let them be placed upon the Plaintiffs.

4) I, Ar Razzaaq Rashid Bey, demand this United States Federal court view this Petitioner (in my Proper Person) as a Moorish American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a

misdirected society may "believe" to be true.

5) I, Ar Razzaaq Rashid Bey do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United States Supreme Court to fulfill their obligation to preserve the rights of this Petitioner (A Moorish Americans) and carry out their Judicial Duty in 'Good Faith' by ordering Plaintiff to be brought before the Law to answer for their criminal and unjust actions.

6) All UNCONSTITUTIONAL 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on it's face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.

7) All Agents, State and Federal Officials, Contractors are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

8) Any Respondent, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation United States Republic Constitution, United States Code of Law, and in accord with the law is required by law to immediate recusal of his or her office.

9) Respondent Tyler O. Moore is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

10) Respondent Douglas A Tate is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in lawful money.

11) Respondent Mark Allan Hurt is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official capacity payable in lawful money.

12) Respondent Mark A McCann is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity payable in lawful money.

13) Respondent Justin Mackey #417 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

14) Respondent Graham Dennis badge # 413 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

15) Respondent Andrew Grammar badge # 411 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

16) Respondent Noah Moody badge # 410 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

17) Respondent Chris White badge # 397 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

18) Respondent Isaac Walden badge # 421 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

19) Respondent Ryan Adams badge # 424 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

20) Respondent Douglas Stout badge # 353 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

21) Respondent Robert Baker badge # 268 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

22) Respondent Zachary Griffith Badge # 414 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

23) Respondent Jordan Buckley badge # 34-66 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

24) Respondent Justin Markley Badge # 34-72 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

25) Respondent Alan Weimer Badge # 34-84 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

26) Respondent Keith Meyers Badge # 34-41 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

27) Respondent Ezekiel Zimmerman Badge # 34-81 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

28) Respondent Kelsey Kirkpatrick (968) is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

29) Respondent Ben Penrod (C030) is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

30) Respondent Robin Byers is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

31) Respondent Justin Christmas is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

32) Respondent Marvin Johnson is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

33) Respondent Allan Wilson is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

34) Respondent Kenny Carter is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

35) Respondent Kobe Carter is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

### TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

Respectfully submitted this 6 day of October 2020 = 1440 M.C.




I Am: _____ SEAL
Ar Razzaaq Rashid Bey, Authorized Representative
Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Indiana Territory
[c/o 1524 North Purdum Street]
[Kokomo, Indiana Republic [46902]]
Northwest Amexem

