Notice to Agent is Notice to Principle
Notice to Principle is Notice to Agent

**FROM:**
Ra Razraaaq Reshid Bey
C/O 1524 North Purdum Street
Kokomo, Indiana near [46901]
Without the UNITED STATES

**TO:**
U.S. District Court
1300 Harrison St. #1108
Fort Wayne, IN 46802



7019 2280 0001 4663 3389

CERTIFIED MAIL



1000
46802