# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

**- FILED -**

**NOV 0 2 2020**

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Ar Razzaaq Rashid Bey
_____,
[You are the PLAINTIFF, print your full name on this line.]

v.

TYLER O. MOORE
_____,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  1:20-CV-365-HAB
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

# CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.]<br>TYLER O MOORE<br>Acting as CITY OF KOKOMO MAYOR | 100 SOUTH UNION STREET<br>KOKOMO, INDIANA 46901 |
| 2 | [Put the names of any other defendants in these boxes.]<br>JUSTIN MACKEY Badge No. 417<br>Acting as polices for CITY OF KOKOMO. | 100 SOUTH UNION STREET<br>KOKOMO, INDIANA 46901 |
| 3 | GRAHAM DENNIS Badge No. 413<br>Acting as polices for CITY OF KOKOMO. | 100 SOUTH UNION STREET<br>KOKOMO, INDIANA 46901 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __27__

2. What is your address? C/O 1524 North Purdum Street Near [KOKOMO INDIANA]
   Zip Code Exempt non-domestic

3. What is your telephone number: (765) 631-7007

4. Have you ever sued anyone for these exact same claims?

   ☑ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

7019 2280 0001 4663 3402



# CIVIL COMPLAINT ATTACHMEMT (continued)

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 4 | ANDREW GRAMMAR Badge No. 411<br>Acting as police for CITY OF KOKOMO. | 100 SOUTH UNION STREET<br>KOKOMO, INDIANA 46901 |
| 5 | NOAH MOODY Badge No. 410<br>Acting as police for CITY OF KOKOMO. | 100 SOUTH UNION STREET<br>KOKOMO, INDIANA 46901 |
| 6 | CHRIS WHITE Badge No. 397<br>Acting as police for CITY OF KOKOMO. | 100 SOUTH UNION STREET<br>KOKOMO, INDIANA 46901 |
| 7 | ZACHARY GRIFFITH Badge No. 414<br>Acting as police for CITY OF KOKOMO. | 100 SOUTH UNION STREET<br>KOKOMO, INDIANA 46901 |
| 8 | ISAAC WALDEN Badge No. 421<br>Acting as police for CITY OF KOKOMO. | 100 SOUTH UNION STREET<br>KOKOMO, INDIANA 46901 |
| 9 | RYAN ADAMS Badge No. 424<br>Acting as police for CITY OF KOKOMO. | 100 SOUTH UNION STREET<br>KOKOMO, INDIANA 46901 |
| 10 | DOUGLAS STOUT Badge No. 353<br>Acting as police for CITY OF KOKOMO. | 100 SOUTH UNION STREET<br>KOKOMO, INDIANA 46901 |
| 11 | ROBERT BAKER Badge No. 268<br>Acting as police for CITY OF KOKOMO. | 100 SOUTH UNION STREET<br>KOKOMO, INDIANA 46901 |
| 12 | JORDAN BUCKLEY Badge No. 34-66<br>Acting as Deputy Sheriff for CITY OF KOKOMO SHERIFFS DEPARTMENT | 1800 WEST MARKLAND AVENUE<br>KOKOMO, INDIANA 46901 |

 

7019 2280 0001 4663 3402

## CIVIL COMPLAINT ATTACHMEMT (continued)

| 13 | JUSTIN MARKLEY Badge No. 34-72<br>Acting as Deputy Sheriff for CITY OF KOKOMO SHERIFFS DEPARTMENT | 1800 WEST MARKLAND AVENUE<br>KOKOMO, INDIANA 46901 |
|---|---|---|
| 14 | ALAN WIMER Badge No. 34-84<br>Acting as Deputy Sheriff for CITY OF KOKOMO SHERIFFS DEPARTMENT | 1800 WEST MARKLAND AVENUE<br>KOKOMO, INDIANA 46901 |
| 15 | KEITH MEYERS Badge No. 34-41<br>Acting as Deputy Sheriff for CITY OF KOKOMO SHERIFFS DEPARTMENT | 1800 WEST MARKLAND AVENUE<br>KOKOMO, INDIANA 46901 |
| 16 | EZEKIEL ZIMMERMAN Badge No. 34-81<br>Acting as Deputy Sheriff for CITY OF KOKOMO SHERIFFS DEPARTMENT | 1800 WEST MARKLAND AVENUE<br>KOKOMO, INDIANA 46901 |
| 17 | DOUGLAS A. TATE<br>Acting as CITY OF KOKOMO HOWARD COUNTY SUPERIOR COURT III JUDGE | 104 NORTH BUCKEYE STREET ROOM. 108<br>KOKOMO, INDIANA 46901 |
| 18 | MARK A HURT<br>Acting as CITY OF KOKOMO PROSECUTOR | 104 NORTH BUCKEYE STREET ROOM. 114<br>KOKOMO, INDIANA 46901 |
| 19 | MARK A MCCANN<br>Acting as CITY OF KOKOMO PROSECUTOR | 104 NORTH BUCKEYE STREET ROOM. 114<br>KOKOMO, INDIANA 46901 |
| 20 | ROBIN BYERS<br>Acting as JAIL COMMANDER of HOWARD COUNTY INDIANA CORRECTIONS DIVISION | 1800 WEST MARKLAND AVENUE<br>KOKOMO, INDIANA 46901 |




7019 2280 0001 4663 3402

# CIVIL COMPLAINT ATTACHMEMT (continued)

| 21 | JUSTIN CHRISTMAS<br>Acting as JAIL ASST. COMMANDER of HOWARD COUNTY INDIANA CORRECTIONS DIVISION | 1800 WEST MARKLAND AVENUE<br>KOKOMO, INDIANA 46901 |
|---|---|---|
| 22 | KELSEY KIRKPATRICK Badge No. 968<br>Acting as JAIL SUPERVISOR of HOWARD COUNTY INDIANA CORRECTIONS DIVISION | 1800 WEST MARLAND AVENUE<br>KOKOMO, INDIANA 46901 |
| 23 | BEN PENROD Badge No. CO30<br>Acting as JAIL SUPERVISOR of HOWARD COUNTY INDIANA CORRECTIONS DIVISION | 1800 WEST MARKLAND AVENUE<br>KOKOMO, INDIANA 46901 |
| 24 | MARVIN JOHNSON<br>**JOHNSON'S TOWING INC** | 714 NORTH LAFOUNTION STREET<br>KOKOMO, INDIANA 46901 |
| 25 | ALLAN WILSON<br>**COMPETITION TOWING & RECOVERY LLC** | 1101 SOUTH APPERSON WAY<br>KOKOMO, INDIANA 46902 |
| 26 | KENNY CARTER<br>**MARTIN WRECKER SERVICES INC** | 1234 EAST SYCAMORE STREET<br>KOKOMO, INDIANA 46901 |
| 27 | KOBE CARTER<br>**MARTIN WRECKER SERVICES INC** | 1234 EAST SYCAMORE STREET<br>KOKOMO, INDIANA 46901 |

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On October 26, 2019 at approximately 11:30 p.m. I was pulled over by Public Servant Justin Mackey, he demanded to see papers that he thought that I might have in my possession, such as a driver's license, vehicle registration, and etc.

2. I handed him my Nationality Card and Certified Legal and Lawful Copy of my Declaration Proclamation and Judicial Notice Record Number: 1834006317 and my Right to Travel Card and Certified Legal and Lawful copy of my Right to Travel Unrebutted Affidavit Record Number:1934015506.  Public Servant Justin Mackey would not look at it nor read it.

3. I informed him that I was Ar Razzaaq Rashid Bey.  Public Servant Justin Mackey then continued to denationalize me as well as accusing me of lying. I told Public Servant Justin Mackey it is all in my documents.

4. Public Servant Justin Mackey started harassing me more. I asked for his supervisor. Justin Mackey declined refusing to call his supervisor. I decided to roll my window up until he got me his supervisor.

5. Public Servant Justin Mackey then proceeded to break my window, so I rolled it back down.  Public Servant Justin Mackey then snatched my door open and tried to yank me out of my mode of conveyance.

6. He tried to slam me, but I was in my seatbelt.  Private Justin Mackey kept trying, I told him. "I was still in my seat belt and that he needed to unlock it." Public Servant Justin Mackey kept trying anyway causing injury to my ribs.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

7019 2280 0001 4663 3402

## CLAIMS AND FACTS ATTACHMEMT (continued)

7. He then unbuckled my seat belt and slammed me to the ground. By then his co-workers joined him and proceeded to help him. They punched me in the head and put all their weight on my face, causing injury to me and my property.
8. They kidnapped me and put unlawful charges against me and took me to the Howard County Jail.
9. I had to pay $800 ransom, as well as $170 ransom to JOHNSON'S TOWING INC a total of $970 ransom to get my property back.
10. After paying the ransom, I was presented with an invitation to the CITY OF KOKOMO HOWARD COUNTY SUPERIOR COURT III RE: 34D03-1910-CM-003368. I tried numerous times to settle the matter with Douglas A. Tate acting as CITY OF KOKOMO HOWARD COUNTY SUPERIOR COURT III JUDGE, Mark A. Hurt and Mark A. McCann acting as CITY OF KOKOMO PROSECUTORS. They never replied, honored nor cured my request.
11. I encountered the same occurrence. On July 30th 2020 at approximately 3:38 AM, I was pulled over by Public Servant Chris White, Isaac Walden and Ryan Adams demanding to see papers that they thought I might have in my possession, such as a driver's license, vehicle registration, and etc.
12. I gave them my Nationality and Right to Travel Card and my Documents, Certified Legal and Lawful copies of my Proclamation, Declaration and Judicial Notice refuting the fraud and showing proof that I'm Ar Razzaaq Rashid Bey not the Ex relatione nom de guerre Name Reginald Greene Record Number: 1834006317 and a Legal Lawful Certified Copy of my Right to Travel Unrebutted Affidavit Record Number: 1934015506.
13. I advised them I was traveling not driving, and that I did not need a license to travel. I explained that a driver was a legalese-term of someone that is doing commerce, also there's notices all over my private mode of conveyance/automobile. There is not for hire traveler bumper stickers and car magnets posted all over my conveyance, as well as my Moorish National Republic Federal Government Moorish Nobility car plate MACN: 000000444.
14. I also informed the public servants that I do not have a contract with the BMV, nor did I wish to contract with them. Public Servant Chris White demanded that I *Ar Razzaaq Rashid Bey* step out of my mode of conveyance and put my hands behind my back to be placed under arrest. He then kidnapped me and put unlawful charges against me placing me in the back of his vehicle and transported me to the Howard County Jail.
15. While entering the jail Public Servant Ryan Adams demanded that I have a seat. I would rather stand. That apparently angered and offended them because they proceeded to force me down, trying to apply pressure points forcing their thumbs into my collarbone while slamming me into a chair causing injuries to my collarbone, lower back, and knees.
16. They then turned me over to the Howard County Jail where they proceeded with the kidnapping of me and my private property. I was placed in a room with no bathroom and were deprived of the privileges to use the restroom, phone nor food.
17. They threatened to come in the room and cause me harm, stating I had to take pictures and be fingerprinted for their system and the newspaper before they could let me go, if


## CLAIMS AND FACTS ATTACHMEMT (continued)

I refused they had the power to not release me at all, forcing me under threat duress and coercion.

18. Upon leaving Howard County Jail their staff refused to give me back my property, fiat currency that they took from me and my automobile release form.

19. I then spoke with Public Servant Jordan Buckley acting as Deputy Sheriff. I proceeded to remind him that I had sent certified mail, legal and lawful copies of my Proclamation, Declaration and Judicial Notice Record number: 1834006317 and a legal lawful certified copy of my Right to Travel unrebutted affidavit Record number: 1934015506. To him the MAYOR: TYLER MOORE and CHIEF ROBERT BAKER.

20. Public Servant Jordan Buckley proceeded to denationalize me telling me my nationality is not real, and that they do not have to respect my nationality or my right to travel and to take it up with Judge Douglas Tate because he is the one signing off/giving the orders.

21. I proceeded to ask for his Oath of Office and Security blanket/bond Numbers. Public Servant Jordan Buckley replied, "that there's no such thing, it doesn't exist". Ending with "NO!!! I don't have one and as far as his oath, to look it up, figure it out!" I exited to COMPETITION TOWING & RECOVERY LLC., to pay $105.00 ransom to get my property back.

22. Again, I encountered a similar occurrence On July 31, 2020 at approximately around 11:00 AM I entered the Howard County Sheriff Department. I spoke with the Howard County Sheriff Department Clerk once again and asked for Public Servant Jordan Buckley Security blanket/bond Number. The unidentified Public Servant denied that they had a Security blanket/bond Number, and replied, "that he never heard of it and that the only Security blanket/bond he ever heard of is from Charlie Brown cartoon" and proceeded to laugh.

23. Upon exiting. I was pulled over by Public Servant Alan Weimer. He demanded to see papers that he thought that I might have in my possession, such as a driver's license, vehicle registration etc., from me and the passenger of my mode of conveyance.

24. I then handed Public Servant Alan Weimer my Nationality and Right to Travel Card and my Documents, Certified Legal and Lawful copies of my Proclamation, Declaration and Judicial Notice Record Number: 1834006317 and a Legal Lawful Certified Copy of my Right to Travel Unrebutted Affidavit Record Number: 1934015506, he instructed me and my passenger to stay in the car.

25. By then Public Servant Justin Markley arrived on the scene demanding to see papers that he thought I might have in my possession. I replied by asking were they honoring their oath today, I begin to explain to the Public Servants that me and my mode of conveyance was kidnapped for ransom the night before explaining I have a Right to Travel, that I was not a US citizen. I have no contract with the BMV and do not wish to contract with them. That the Constitution says," No State Shall Convert a right into a privilege charge a fee to it, and if so, the citizens has the right to engage with impunity." Public Servant Justin Markley and Alan Weimer began to tell me that the state Constitution as well the Statues and Codes of the State overrides the Constitution, and



7019 2280 0001 4663 3402

## CLAIMS AND FACTS ATTACHMEMT (continued)

that they were going to tow my mode of conveyance and that I could not retrieve my property back until I got it registered.

26. I informed Public Servants Justin Markley and Alan Weimer that I was not a US citizen, and registering my property is voluntary, and that I do not consent to contract with them nor the BMV. They instructed me that if I did not register my property, they were going to keep it.
27. Public Servant Alan Weimer handed me a citation and told me that I will be served a summons to court and asked me where I live. Which is private information.
28. Then Martin's Towing arrived. Kobe Carter from Martin's towing proceeded with the kidnapping of my property for ransom.
29. On August 1, 2020 After forced registering and paying $119.10 under threat duress and coercion. I returned to the Howard County Sheriff Department to meet with Alan Weimer Badge Number 34-84 for the release of my property.
30. I was met by Keith Meyers Badge Number 34-41 and Zimmerman Badge Number 34-81. They continued to denationalize me. Informed me they would not take my Nationality Card and, that the registration had to be in my Ex relatione nom de guerre Name Reginald Greene before they could release my property, and I had to sign that way as well.
31. I complied under threat duress and coercion. After presenting and signing under threat duress and coercion, I paid $135.00 ransom to MARTIN WRECKER SERVICES INC. Total: $254.10 ransom.

### In support of this petition I state for the record:

1. An invitation dated 9/31/2020 was received from Superior Court 3 in regard to a claim made by POLICY ENFORCEER Justin Mackey.
2. On 11/2/2019, a Writ in the Nature of Discovery was sent certified mail, return receipt to Clerk of Superior Court 3 requesting certified and verified official copies of Certified Delegation of Authority Order, Oath of Office, Oath of Ethics, and Bond Number so that I could make a physical inspection and verify and Witness the same. This was a Lawful Demand and Request, under the rule of Discovery. It was further stated to provide the information within ten (10) days of receipt of this Notice of Discovery.
3. On Nov 7, 2019 Clerk, of Superior Court 3 received the Writ in the Nature of Discovery, Jury Trail of my peers Moorish Americans.
4. On Nov 18th, 2019 I made a special appearance to clear up this matter. I advised Magistrate Douglas A Tate that a Writ in the Nature of Discovery, Jury Trail of my own peers was submitted to Clerk of Superior Court 3 At which time Magistrate Douglas A Tate advised me that he would look into it. I also demanded that Magistrate Douglas A Tate dismiss the charges at which time Magistrate Douglas A Tate states he was not going to do that but that he was going to enter a plea for me of not guilty at that time I plead the fifth for the record.



## CLAIMS AND FACTS ATTACHMEMT (continued)

at that time Magistrate Douglas A. Tate stated I could not plead the fifth in his court in Violation due process of law 5th amendment.

5. I stated for the record a contract must be disclosed as this is the premise for this claim and without it there can be no claims – All Law is Contract.

6. On December 20, 2019, a Tax Form 56, Notice of Rogatory Appointment with exhibits / Judicial Notice / Legal notice of Removal; was sent via Certified United States Postal. It was received and signed for by a Representative or Clerk of Superior Court III. It has not been Honored nor answered.

7. On January 15, 2020, an "Motion to Compel Discovery with exhibits; was sent via Certified United States Postal. It was received and signed for by a Representative or Clerk of Superior Court III. It has not been Honored nor answered.

8. On February 19, 2020, an Affidavit of Fact / Notice of Default Judgement; was sent via Certified United States Postal. Dishonor due to incomplete non – germane information provided regarding "Writ of Discovery / evidence of fact." It was received and signed for by a Representative or Clerk of Superior Court III. Assigns were advised that certain documentation was requested, under the 'Rules and Law of Discovery and Disclosure' to make a physical inspection to 'verify and witness' the same in order to prepare a defense to alleged claims. In accord with 'Due Process' under the Law, supported by sworn Oaths and Affirmation by the judges of every State: Denial of Discovery is in direct violation of my Constitutionally Secured Rights to "Due Process of Law" which is a direct violation of your oath of office. This is a 'Lawful Notice' that the said Affidavit stands as sufficient judgment and law. Failure to answer to the lawful Affidavit / Writ of Discovery / evidence of fact; leaves Howard County Superior Court III in a default status.

9. On July 24, 2020, an "Averment Of Jurisdiction" – Quo Warranto; was sent via Certified United States Postal. To HOWARD COUNTY COURTHOUSE SUPERIOR III, MAGISTRATE: DOUGLAS A. TATE, PROSECUTORS: MARK A. HURT and MARK A. MCCANN (hereinafter 'ENTITY'). It was received and signed for by a Representative or Clerk of Superior Court III. A time frame of (10) moor days Ten was warranted for a response; failure to answer to the *lawful* Affidavit / Writ of Discovery / Evidence of fact leaves Averment of Jurisdiction – Quo Warranto. HOWARD COUNTY COURTHOUSE SUPERIOR III, MAGISTRATE: DOUGLAS A. TATE, MARK A. HURT and MARK A. MCCANN in a default 'status'.

10. On August 10, 2020 due to incomplete non – germane information provided in regard to "Averment Of Jurisdiction" – Quo Warranto; thus, making the (alleged) Summons / Ticket – Suit / Bill of Exchange *void ab initio ipso jure and ipso facto*. The fact that this lawful Request has not been Honored nor answered, this Default Judgment is being claimed against MARK A. HURT, MARK A. MCCANN, MAGISTRATE: DOUGLAS A. TATE and all other parties of interest mentioned herein related this matter. In absence of such response, Affiant, Ar Razzaaq Rashid Bey, hereby inserts and records this DEFAULT JUDGMENT upon and against above named Respondent(s) pursuant the United States Republic Constitution. For the record, subject matter was brought in on an "Averment of Jurisdiction" no 'Rebuttal' was submitted to challenge my 'Affidavit Quo Warranto' nor was a Rebuttal or Response received by me from the aforementioned person, representatives or ENTITY. My unrebutted Affidavits of Fact stands as Law. This is a

7019 2280 0001 4663 3402

## CLAIMS AND FACTS ATTACHMEMT (continued)

'Lawful Notice' that the said Affidavit stands as sufficient judgment and law. In addition to your failure to 'Rebut' (Counter-Affidavit). Let it be known that Article VI of the United States Constitution, by which all state and federal employees, agents, contractors, etc. Are bound by Oath to Uphold and Support, with the same Obligations being affirmed by rulings of the United State Supreme Court.

11. On August 14, 2020 I sent the documents listed, To Mayor: Tyler O. Moore, Magistrate Douglas A. Tate, Prosecutors Mark A. Hurt & Mark A. McCann, Public servants Justin Mackey badge # 417, Graham Dennis badge # 413, Andrew Grammar badge # 411, Noah Moody badge # 410, Chris White badge # 397, Isaac Walden badge # 421 and Ryan Adams badge # 424, Justin Markley Badge # 34-72, Alan Weimer Badge # 34-84, Keith Meyers Badge # 34-41, Ezekiel Zimmerman Badge # 34-81 Jordan Buckley badge # 34-66, Robert Baker Badge # 268 and Douglas stout Badge # 353.

1. Affidavit of non-response RE: 34D03-1910-CM-003368
2. Affidavit of fact / notice of default /opportunity to cure RE: 34D03-1910-CM-003368 with exhibits A-G
3. Affidavit of truth RE: UTT#: 000128851376 with exhibits A-J
4. Affidavit of truth RE: 34D03-1910-CM-003368 with exhibits A-I
5. Affidavit of truth RE: 34D03-2007-CM-002235 with exhibits A-J

Through a postal, prepaid, and properly addressed envelope certified mail, return receipt to me requested enclosed and properly sealed at a postal office under the exclusive care and custody of the United States Postal Service within the State of Indiana. Service was effective on date of delivery as is evidenced by the acknowledgment of receipt signed by the individual, clerk, or representative to whom it is addressed. There has not been any written response to the Affidavit Of Truth from all parties involved sent certified mail return receipt to me. It has not been Honored nor answered.

(INND Rev. 8/16)                                                                                              page 3

Claims and Facts (continued)

12. As of 9/21/20 I have not received any written response to the documents mailed on 9/16/20. The documents mailed and the delivery dates were: On or about 9/17/20 a lawful AFFIDAVIT OF TRUTH RE: 34D03-2007-CM-1989 was sent via Certified U.S. Postal to Tyler O. Moore, Douglas Tate, Justin Macke, Zachery Griffith, Robin Byers, Justin Christmas, Kelsey Kirkpatrick, Ben Penrod, Marvin Johnson, Allan Wilson Kenny Carter, Kobe Carter. It was received and signed by the individual/Rep.

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
☑ No.
☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?
1. All Agents, State and Federal Officials, Contractors are to be informed of the Law of of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law. (See Attachments for Relief)

FILING FEE – Are you paying the filing fee?
☑ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
☐ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]
AR  I will keep a copy of this complaint for my records.
AR  I will promptly notify the court of any change of address.
AR  I declare **under penalty of perjury** that the statements in this complaint are true.

_____           10-30-20
Signature                                                                   Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]



7019 2280 0001 4663 3402

## RELIEF ATTACHMEMT (continued)

2) Any Respondent, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation United States Republic Constitution, United States Code of Law, and in accord with the law is required by law to immediate recusal of his or her office.

3) Respondent Tyler O. Moore is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

4) Respondent Douglas A Tate is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in lawful money.

5) Respondent Mark Allan Hurt is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official capacity payable in lawful money.

6) Respondent Mark A McCann is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity payable in lawful money.

7) Respondent Justin Mackey #417 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

8) Respondent Graham Dennis badge # 413 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

9) Respondent Andrew Grammar badge # 411 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

10) Respondent Noah Moody badge # 410 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

11) Respondent Chris White badge # 397 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

12) Respondent Isaac Walden badge # 421 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

13) Respondent Ryan Adams badge # 424 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

7019 2280 0001 4663 3402

## RELIEF ATTACHMEMT (continued)

14) Respondent Douglas Stout badge # 353 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

15) Respondent Robert Baker badge # 268 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

16) Respondent Zachary Griffith Badge # 414 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

17) Respondent Jordan Buckley badge # 34-66 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

18) Respondent Justin Markley Badge # 34-72 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

19) Respondent Alan Weimer Badge # 34-84 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

20) Respondent Keith Meyers Badge # 34-41 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

21) Respondent Ezekiel Zimmerman Badge # 34-81 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

22) Respondent Kelsey Kirkpatrick (968) is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

23) Respondent Ben Penrod (C030) is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

24) Respondent Robin Byers is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

25) Respondent Justin Christmas is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.



7019 2280 0001 4663 3402

## RELIEF ATTACHMEMT (continued)

26) Respondent Marvin Johnson is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

27) Respondent Allan Wilson is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

28) Respondent Kenny Carter is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

29) Respondent Kobe Carter is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.