# EXHIBIT A





**EXHIBIT A**





# EXHIBIT A



**EXHIBIT A**



[EXHIBIT A

