EXHIBIT A


JAN 0 8 2020
Clerk Howard Superior Court
DIVISION 1

**EXHIBIT B**




### THE MOORISH NATIONAL REPUBLIC
### FEDERAL GOVERNMENT NORTHWEST AFRICA
### THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
*Northwest Amexem / Northwest Africa / North America*
'The North Gate'
*Societas Republicae Ea Al Maurikanos*
Aboriginal and Indigenous Natural Peoples of the Land
The true and de jure Al Moroccans / Americans

## Notice Of Public Records Correction
### International Document
For The Record, To Be Read Into The Record
Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

This International Correspondence and Public Notice is hereby presented and forwarded to you relative to the corrected appellation and proclaimed Nationality, which affirms my political status and allegiance to my Ancestral Estate and Ancient Principals of Government, in harmony with the American Constitution 1791.

You are hereby given honorable Notice. This correction is made in accord with the Five Principals of Love, Truth, Peace, Freedom and Justice, exercising my natural Substantive Rights and Religious Heritage; is self executing.

Attached is a one page Name correction and six page International Proclamation.

In Honour Always,
Thank You,
I Am: Dominus Nobilis El, Consul
Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved: Without Recourse, With Prejudice
Northwest Amexem



OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE
Jennifer R. Jack
12/6/19
HOWARD COUNTY RECORDER

  

**EXHIBIT B**

## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
### LEGAL NOTICE!
### NAME DECLARATION, CORRECTION PROCLAMATION AND PUBLICATION

I, Ar Razzaaq Rashid Bey, being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

I, being previously Identified by the Union States Society of North America — U.S.A. under the colorable, Ward-ship name, Reginald Norvel Greene, do hereby refute the Fraud; make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem / North America — acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that: I Am: Ar Razzaaq Rashid Bey, 'In Propria Persona Sui Juris' (being in my own proper person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. **FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:** (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).
2. **UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:** Moorish American Credentials: AA 222141- **TRUTH A-1**
3. **UNITED STATES SUPREME COURT: SUPREME LAW** - Acts of State
4. **UNITED STATES CONSTITUTION:** Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).
5. **RESOLUTION NUMBER SEVENTY-FIVE (75):** Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),
6. **UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS** [Article Fifteen (15)].
7. **RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY** - Part 1, Article 4.

Wherefore, I, Ar Razzaaq Rashid Bey, being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

I Am: *Ar Razzaaq Rashid Bey*
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: _____
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: *Ali Abdul Karim El*
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

LN/NCT No. 0901H



OFFICIAL CERTIFIED COPY TRUE AND COMPLETE
*Jennifer R. Jack*
12-16-19
HOWARD COUNTY RECORDER