UNREBUTTED

EXHIBIT D

  



# AFFIDAVIT: RIGHT TO TRAVEL

## AFFIDAVIT of Ar Razzaaq Bey

KNOW ALL MEN AND WOMEN BY THESE PRESENTS, that I, **Ar Razzaaq Bey**, one of the people of Indiana State Republic and the united states of America, on this day, according to the common law, and upon my oath and states as ADMINISTRATIVE NOTICE:

I,**Ar Razzaaq Bey** , one of the people of Indiana State Republic, learned that a driver's license from the STATE OF INDIANA automatically canceled my organic and inalienable rights. I do not operate a vehicle on the public highways for commercial purposes.I cannot in good faith apply for and accept a driver's license, as I would be committing **PERJURY.** I would have to **SWEAR** under **OATH** that I am a member of, citizen of, franchisee of or resident (agent) of ( fiduciary, surety for) the corporate **STATE OF INDIANA** .

I have extensively researched the organic laws of the united states of America, including over two hundred years of case law, and now I can confirm the security of my inalienable RIGHTS and   UNREGULATED RIGHT TO TRAVEL upon the public walkways and highways, roadways, trails, paths, or any other corridor intended to the free movement, travel, or conveyance of people and their allodial chattel and guests, unhindered by ANY private, corporate, or statute, or Department of Motor Vehicles regulation or so called requirement. This inalienable right is guaranteed by the 9th and 10th amendments of the organic Constitution of the united states of America (1789) and Bill of Rights (1791) and upheld by many court decisions in support of those rights. I now RESERVE, ASSERT, and DEFEND all of my natural rights.

THIS AFFIDAVIT constitutes a constructive filing, administrative notice, and an evidentiary document submitted upon demand of a drivers' license, registration and/or proof of insurance .

**Affidavit of Ar Razzaaq Bey**
**Right to Travel** .

Page 1 of 4

OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

Jennifer K. Gack

12/9/19

HOWARD COUNTY RECORDER

**UNREBUTTED**                                                                 **EXHIBIT D**

and as part of the record of ANY ensuing action and will be entered as evidence of said action.

I, Ar Razzaaq Bey, trustor and beneficiary of **AR RAZZAAQ BEY**, attest and affirm that I do not utilize the public walkways and highways, roadways, trails, paths, or any other corridor for commercial purposes. I am NOT a 14th amendment "person" or citizen engaged in interstate commerce, nor am I compensated for the transport of goods or persons. I am NOT a "driver", nor am I an "operator" of a "motor vehicle". The driver's license is for "drivers" involved in the "transport of goods and persons" only. The driver's license is for the driver or operator of a "motor vehicle" used in the transport of goods and persons only. My private conveyance/carriage is NOT used in commerce. Therefore it is NOT a "motor vehicle". The corporate STATE OF INDIANA, Department of Motor Vehicles code[1], which is not law, does not disclose the true meaning of the statutes, but a "motor vehicle" is clearly defined in the United States Code[2].

I am not effectively connected with a trade or business in the corporate monopoly of the United States, whether federal, state, county, parish, or municipal. I am NOT a resident, U.S. citizen, or U.S. person of the United States subject to the jurisdiction therein. I am one of the people that represent the popular sovereignty. I am domiciled in a foreign jurisdiction to both the federal and state governments.

Let this affidavit also serve as notice that the STATE OF INDIANA did not participate in the purchase of my private conveyances therefore a detention, an, arrest, a ticket or citation, issued by a Police Officer or by others for parking or traveling with no driver's License, a foreign driver's License, no current registration, or no mandatory insurance, etc, which carries a fine or jail time, <u>is a penalty or sanction</u>; and indeed "converting a right into a crime", thus <u>violation substantive rights</u>.

Therefore, I have determined and hereby affirm and under oath, by virtue of my sovereignty as one of the people of Indiana Republic and the united states of America, and case law supporting said determination, that I am NOT required to have permission from either the government or the government's corporation's to travel, NOT required to have a "driver's license" and NOT required to register my private conveyance or any other property or chattel, nor to surrender the allodial title to any state as security against government indebtedness and the undeclared bankruptcies (1930, 1938). ANY legislative rule, regulation or statutory act, of ANY state legislature or judicial tribunal, to the contrary is NULL and VOID.

---

[1] Code – noun, a system of words, letters, figures, or other symbols substituted for other words, letters, etc., especially for the purposes of secrecy.

Verb, convert (the words of a message) into a particular code in order to convey a secret meaning.

[2] 18 U.S. Code § 31 – Definitions (a) (6) Motor vehicle.— The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.

**Affidavit of Ar Razzaaq Bey**
**Right to Travel**                                                           Page 2 of 4



OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE
12-9-19
HOWARD COUNTY RECORDER

UNREBUTTED                    EXHIBIT D

American case law has clearly adjudicated that....

*"Where rights secured by the Constitution are involved, there can be no rule making which would abrogate them."*
**Miranda v. Arizona 284 U.S.**

*"The claim and exercise of a constitutional right cannot be converted into a crime."*
**Miller v. U.S., 230 F 2d 486, 489**

*"For a crime to exist there must be an injured party.*
*There can be no sanction or penalty imposed upon one because of his exercise of his constitutional rights."*
**Sherar v. Cullen, 486 F. 945**

ANY action involving a citation or ticket issued confiscation, impoundment or search and seizure of my private property by a police officer, or ANY other public servant or employee that carries a fine or jail sentence is a penalty or sanction, thus converting a right into a crime. ANY citation or ticket is thus NULL and VOID.Anyone who is party to any violation of my Constitutionally secured Rights will have Liens assessed against their bonds and/or assets, professional and/or private according to the following Allodial Cost schedule: $100,000,000 in **Gold backed currency per PERSON/CORPORATION aforementioned as in violation of the Supreme law of the land in this document.** Under every circumstance without exception, government officials must hold the Constitution for the united states of America 1789 supreme over ANY other laws, regulations or orders. Every police (executive) officer or judicial officer has sworn an oath[3] to protect the lives, property and rights of the people of the united states of America under the supreme law of the land. ANY act to deprive any of the people of their natural rights or constitutional rights is a direct violation of their oath of office, a felony and federal crime. Title 18 (criminal code)

ANY action by a police (executive) officer, officer of the court, public servant or government official to assert unlawful authority under the "color of law" will be construed as a direct and willful violation of my constitutionally protected rights, and with violation and/or harm in any way to me will be prosecuted to the fullest extent of American law[4].

---

[3]The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States. U.S. Constitution Article 6 Clause 3

[4]"Public officials are not immune from suit when they transcend their lawful authority by invading rights."
AFLCIO v. Woodward, 406 F2d 137 t.

**Affidavit of Ar Razzaaq Bey**
**Right to Travel**                                                      Page 3 of 4

OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

*Jennifer K. Gack*

12-9-19

HOWARD COUNTY RECORDER

**UNREBUTTED**

**EXHIBIT D**

*Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.  [18, USC 242]*

Pursuant to Title 28 USC §1746 (1) and executed "without the United States", I affirm under penalty of perjury under the laws of the united states of America that the foregoing is true and correct, to the best of my belief and informed knowledge.

As knowledge is ever expanding the deponent may amend this document at any time.

And Further deponent saith not.

I now affix my signature to all of the above WITH EXPLICIT RESERVATION OF ALL OF MY inalienable RIGHTS, WITHOUT PREJUDICE TO ANY OF THOSE RIGHTS, PURSUANT TO UNIFORM COMMERCIAL CODE (UCC) 1-207 AND 1-103.

_Ar Razzaq Bey_

Affiant
Ar Razzaq Bey; the Granter; beneficiary

County _HOWARD_   State _IND_                     Sworn and Subscribed before
Me _James S. Harrell JR_ this (day) _8_ (month) _Oct_   year _2019_
Notary Signature _James S. Harrell JR_  Commission Expiration Date _1-6-2023_

**Affidavit of Ar Razzaq Bey**
**Right to Travel**                                              Page 4 of 4

_Jennifer R. Jack_
CERTIFIED COPY
TRUE AND COMPLETE
12/9/19
COUNTY RECORDER

# EXHIBIT E

## AFFIDAVIT OF REVOCATION OF SIGNATURE

### IN THE SUPERIOR COURT 3 FOR THE COUNTY OF HOWARD
### STATE OF INDIANA

RE: Matter # (34D03-1910-CM-003368)

BEFORE ME, the undersigned Notary, *Abigail Bernal Guerrero*, on this day of January 13, 2020, personally appeared Reginald Norvel Greene Bey, known to me to be a credible person and of lawful age, who being by me first duly sworn on his oath, deposes and says:

I hereby rescind, revoke, and/or cancel all signatures attached to the account and/or PERSON with the name REGINALD NORVEL GREENE, a social security number, and/or a date of birth on it for anyone who construes that to be a contract. This includes any driver's licenses. There are no contract terms agreed upon unless the Court provides any evidence of a contract with a wet ink signature, or the record shall show there is nothing available to the contrary. Any appearance made is under duress without my consent and by special appearance only.

I explicitly reserve all my natural rights as a natural, free human being under contract law of the Divine Creator without prejudice and without recourse to me. I do not consent to compelled performance under any contract that I did not enter into knowingly, voluntarily, and intentionally. I do not accept the liability of the benefits or privileges of any unrevealed contract or commercial agreement.

FURTHER AFFIANT SAITH NOT.

Respectfully submitted,

*Reginald Norvel Greene Bey*

**RESERVING ALL RIGHTS** *(signature of affiant)*
**UCC 1-308 1-101 1-103**

*Reginald Norvel Greene Bey*

**RESERVING ALL RIGHTS**
**UCC 1-308 1-101 1-103** *(written name of affiant)*

c/o 1524 N. Purdum Street
Kokomo, IndianaRepublic, near [46901]

Affidavit of Revocation of Signature                    — pg. 1 of 2

OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

*Jennifer R. Jack*

1-15-2020
HOWARD COUNTY RECORDER

# EXHIBIT E

*(address of affiant)*

On this  · 13   day of January , 2020, before me, the undersigned, a Notary Public in and for  Marion  County.  , personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that he/she has executed the same.

*(signature of Notary)*

Abigail Bernal Guerrero.

*(written name of Notary)*

*[Notary Seal:]*



```
ABIGAIL BERNAL GUERRERO
Seal
Notary Public - State of Indiana
Marion County
My Commission Expires Jul 27, 2024
```

NOTARY PUBLIC.

My commission expires:  07/27/2024.

Affidavit of Revocation of Signature         — pg. 2 of 2



OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

1-15-2020

HOWARD COUNTY RECORDER

 Moorish National Republic Federal Government
Dominion NorthWest, CentralWest, SouthWest Morocco

Chief Consul

**LAWFUL NOTICE**

FEB 28 2019

 **EXHIBIT E**

*Non En Ceitor Extentio Pay*
*All Rights Reserve*
*IX , X*

## *Legus Notitiam*
### Lawful Notice

To: Indianapolis BMV
Attn Peter Lacey
100 N. Senate Ave Room N4; 11
Indianapolis, IN 46204

FROM: Ar Razzaaq Rashid Bey,
(Natural Person),
Se Juris, De Jure, In Esse,
Al Maurikanos Iocunabula Mea
(My Birthplace NW Amexem)

**Lawful Notitiam–Lawful/Legal Notice**
on DATE : 2/28 /133/1439/2019

Lawful/Legal Notitiam – Lawful/Legal Notice I am Ar Razzaaq Rashid Bey, De Jure, Se Juris, In esse, American(Al Marikanos) Citizen, as Ar Razzaaq Rashid Bey is the Beneficiary, and represents the CORPORATE ENTITY Ex Rel Reginald Norvel Greene; and Ex Rel Reginald Greene: Corporation Tax Identification Number(s) – (Social Security Number)

(Social = Societas/(We the)People = Public Trust, Security = Monetary Value, Number(s) = District I.D.s):– Cease Liens on this Corporation Immediately and Return all sums accumulated / hypothecated to Ar Razzaaq Rashid Bey.

I here by lawfully, Publicly Notify I, Ar Razzaaq Rashid Bey, exercise my unalienable Rights and REMOVE my corpus and or my property(s), are not to be by any persons be speculated on or collateralized for debt under 14th Amendment Citizenship, as for I am not Colorable persons for I am an American National Citizen.

I am not a said Unconstitutional 14th Amendment person with citizenship (Title of Nobility) under the jurisdiction of the Bankrupt UNITED STATES CORPORATION of 1871, nor am I a Citizen of THE UNITED STATES INCORPORATION 1933, nor am I a citizen of the STATE OF INDIANA CORPORATION.

I am not in any support of STATE OF INDIANA CORPORATION, INDIANA STATUTORY CODE nor INDIANA DEPARTMENT MOTOR VEHICLES policy and procedure;

And that anything STATE OF INDIANA CORPORATION nor INDIANA DEPARTMENT MOTOR VEHICLES_____ assume including;
My body(corpus) is not to be pledged as collateral to the debt for it has been removed from your jurisdiction and venue as I am the only party of interest on this body(corpus) and any of my property; (SEE COPY OF ALLODIAL TITLE of PROPERTY ATTACHMENT - filed under Constitutional/Common Law Clerk of the Superior Court under 19 R 32 – Moorish Society Foreign Ministry of America, Instrument # 2018043105 Book 8563 Page 856 (12/17/1438/2018) Register of Deeds, Dominion Durham, North Carolina Constitutional Republic.

Instrument # 2018043105 Book 8563 Page 856 (12/17/1438/2018) Register of Deeds,
Dominion Durham, North Carolina Constitutional Republic
(Newly) Adsbasheer, Moab
Capital of Moab

1



OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE
Jennifer R. Jack
12-19-17
___ COUNTY RECORDER

And if there is a Lien there is a Divine Lien on this body (corpus), my property and my Divine Unalienable Rights that are reserved and unenumerated as protected by the **U.S. Constitution 1787 Articles VI (Article 6 – Prior Debts, National Supremacy, Oaths of Office)** and the **Amendments to the Constitution, the Bill of Rights of 1789 – Articles V, VI, VII, VIII, IX, X and XIII;**

**The U.S. Constitution 1787 Article VI:**

**Article VI**

Section ¹ **All Debts contracted** and **Engagements** entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

Section ² This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and **all Treaties** made, or which shall be made, under the Authority of the United States, **shall be the supreme Law of the Land;** and the Judges in every State shall be bound thereby, any Thing in the Constitution or **Laws of any State to the Contrary** notwithstanding.

Section ³ The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, **shall be bound by Oath or Affirmation,** to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

**ARTICLES IN ADDITION TO, AND AMENDMENT OF, THE CONSTITUTION OF THE UNITED STATES OF AMERICA, PROPOSED BY CONGRESS, AND RATIFIED BY THE LEGISLATURES OF THE SEVERAL STATES, PURSUANT TO THE FIFTH ARTICLE [Article V]OF THE ORIGINAL CONSTITUTION**

**Amendments to the Constitution, Bill of Rights of 1789 – Articles V, VI, VII, VIII, IX, X and XIII:**

**Articles VII.**

In Suits at **common law,** where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact **tried by a jury,** shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

Instrument # 2018043105 Book 8563 Page 856 (12/17/1438/2018) Register of Deeds, Dominion Durham, North Carolina Constitutional Republic (Newly) Adshusheer, Moab Capital of Moab

2

EXHIBIT E



OFFICIAL CERTIFIED COPY TRUE AND COMPLETE

12-19-19

HOWARD COUNTY RECORDER

**EXHIBIT E**

**Article VIII.**

Excessive bail shall not be required, nor **excessive** fines imposed, nor **cruel and unusual punishments inflicted.**

**Article IX.**

The **enumeration** in the Constitution, of certain rights, **shall not** be construed to deny or disparage others retained by the **people.**

**Article X.**

The powers **not delegated** to the United States by the Constitution, **nor prohibited by it** to the States, are **reserved** to the States respectively, or **to the people.**

The **STATE OF INDIANA CORPORATION CODE** nor **INDIANA DEPARTMENT MOTOR VEHICLES** are neither the Legislative Powers the U.S. Constitution 1787 Article I express being neither Senate nor the House of Representatives in Congress Assembled of the United States.

**Open XIII Amendment All 20 Sections**

**SECTION 12** – The traffic in Slaves with Africa is hereby forever prohibited on pain of death and the forfeiture of all the rights and property of persons engaged therein; **and the descendants of Africans shall not be citizens.**

I am a Free Royal Sovereign Moslem, Asiatic Race, We the People that brought forth the Freedom Charters, 'Free People' Legal Status in said state INDIANA Republic, an a American(Moroccan/Al Marikanos/Marroqui/il Maroco) citizen, with Moorish American Nationality, Autochthonal Indigenous to these Americas/Morocco/Amexem/North West, Central West, South West Africa and Atlantis Islands(Caribbean Islands) and Mexico.
All of my Divine Rights, Birthrights, Unalienable Rights are Reserved by the Articles of Association of 1774, Articles of Confederation of 1777 and the Free National Constitution of 1787 of the said united states of America of 1777 and by Holy Koran Divinely Prepared by Prophet Noble Drew Ali for Moorish Americans and an American Citizen Domicile in said state INDIANA Constitutional Republic.

I respectively **expect any and all of your records** to reflect the fore mentioned and **Ex Rel Reginald Norvel Greene** and **Ex Rel _____ Reginald Greene _____**; to be to these effects; from said records and a correspondence letter of that indication.

To be mailed to:
**Ar Razzaaq Rashid Bey** (Beneficiary) of Ex Rel Reginald Norvel Greene
C/O 1624 Elmwood Lane
Domicile Near Kokomo, Indiana Constitutional Republic
North West Amexem/North West Africa/America

Graties Tibi

Instrument # 2018043105 Book 8563 Page 856 (12/17/1438/2018) Register of Deeds,
Dominion Durham, North Carolina Constitutional Republic
(Newly) Adshusheer, Moab
Capital of Moab

3



OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

Jennifer R. Jack
12-15-19
HOWARD COUNTY RECORDER

The day 28 of February

**EXHIBIT E**

In the year 133/1439/20 __19__ of the Holy Prophet Noble Drew Ali

I Affirm: _(signature)_ Ar Razzaaq Rashid Bey
Ar Razzaaq Rashid Bey,
**Ex Relationale REGINALD NORVEL GREENE**
Natural Person, In Propria Persona:
All Rights Reserved,
U.S. Constitution 1787 Articles VI
Amendments to the Constitution,
The Bill of Rights 1789
Amendments VII, VIII, IX and X
C/O 1624 Elmwood Lane
Domicile Near Kokomo, Indiana Constitutional Republic
North West Amexem/North West Africa/America

I Affirm: _(signature)_ Noble El Dallas El Bailey-Bey
Noble El Dallas El Bailey-Bey,
**"I Am A Widow's Son In Need, Indeed!"**
Vicecomes/Vicomite/Count of Adshusheer/Durham
**Presiding Officer, Chief Consul**
**Moorish Society Foreign Ministry of America**
**Instrument # 2018043105 Book 8563 Page 856**
(1786 & 1836 Treaty Peace and Friendship
Amity and Commerce – Morocco and United States
–Articles 20 and 21)
Natural Person, In Propria Persona:
All Rights Reserved,
U.S. Constitution 1787 Articles VI
Amendments to the Constitution,
The Bill Of Rights 1789
Amendments VII, VIII, IX and X



MSFMoA SEAL



Instrument # 2018043105 Book 8563 Page 856 (12/17/1438/2018) Register of Deeds,
Dominion Durham, North Carolina Constitutional Republic
(Newly) Adshusheer, Moab
Capital of Moab

4

_(signature)_ Jennifer R. Gack
CERTIFIED COPY
TRUE AND COMPLETE
12-19-19
COUNTY RECORDER