7019 2280 0001 4663 3402

   

## THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.

### THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.

*Aboriginal and Indigenous Natural Peoples of North America*
*Northwest Amexem/ Northwest Africa/ North America*
*Sociatas Republicae Ea Al Maurikanos*

-FILED-
NOV 02 2020
At_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

### Civil Complaint Cover Sheet

*Article VI of the Constitution for the United States of America – Treaty enforcement; Treaty of Amity and Commerce between the Moroccan Empire and the Colonial United States of America of 1786-1787.*

**Notice to the agent is notice to the principal, notice to the principal is notice to the agent; UCC 1-202**

I, **Ar Razzaaq Rashid Bey**, one of the people of Indiana State Republic, Natural Person, In Propria Persona Sui Juris (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another). I am Aboriginal Indigenous Moorish-American Citizen, Free White Person Legal Status, Natural Free with a Moorish American Nationality; possessing Free-hold by Inheritance with Birthrights and protected and secured Inalienable Rights and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate, makes with this **Civil Complaint.** I have reasonable expectation that the Officers / Agents, and Officials, holding any position of public trust, or political office, are prohibited, under Official Oath, under the authority of The Law of the Land, from the use of the official positions or offices to violate the constitution for the UNITED STATES OF AMERICA. Thus, by the abuse of authority, and the practice of superseding their 'limited' jurisdictional powers, violate and abridge the natural, divine, unalienable, and secured rights of the people. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking

7019 2280 0001 4663 3402

   

new homes.  Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm **or at Bevines Law Book of Treaties**) the same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the Constitution for the United States of America (Republic): Terminating with the cause of damage to this compassionate party. Ar Razzaaq Rashid Bey, is the Beneficiary and the only Party of interest of Ex Relatione to: REGINALD N. GREENE Unalienable Rights. I am NOT a 14th amendment "person" or citizen. I am NOT a resident, U.S. citizen, or U.S. person of the United States subject to the jurisdiction therein. I am one of the people that represent the popular sovereignty. I am domiciled in a foreign jurisdiction to both the federal and state governments. As my **Title 'Bey'** states and my **Status on Public Record** has been and is recognized in the Corporate STATE of INDIANA as well as the Republic of the state of Indiana as a Moorish American National. I've also attached exhibits to be placed **On the record. For the record. Let the record show.** Exhibit A- Photos of Moorish License Plate, injuries and damages to me and my property. Exhibit B- Legal Notice! Name Declaration, Correction Proclamation. Exhibit C- Live Birth Title, Copy of identification. Exhibit D- Unrebutted Right to Travel affidavit. Exhibit E- Affidavit of Revocation of Signature, Legus Notitiam Lawful Notice.

 

I Am: _____ SEAL

Ar Razzaaq Rashid Bey, Ex Relatione Reginald N Greene

Authorized Representative

Flesh and Blood Being, In Propria Persona

All Rights Reserved: U.C.C. 1-207/1-308; U.C.C.1-103

[c/o 1524 North Purdum Street Near KOKOMO, INDIANA] non-domestic without the US

Northwest Amexem