**Water and Tear Resistant**

Notice to Principle is Notice to Agent

Notice to Agent is Notice to Principle

RETURN RECEIPT REQUESTED

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS FOLD AT DOTTED LINE

7019 2280 0001 4663 3406

A Razaaq Bey
[ C⁄o 1524 North Pordon Street
Near Kokomo, Indiana 46901 ]
Non-domestic without the UNITED STATES

Office of the Clerk
UNITED STATES DISTRICT COURT
1300 S. Harrison Street
Fort Wayne, Indiana 46802

RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
FCM LG ENV
KOKOMO, IN
46901
OCT 31, 20
AMOUNT
$8.60
R2305K138717-18

1000
46802