AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

~~FILED~~
At ____
ROBERT N. TRGOVICH, M
U.S. DISTRICT Clerk
NORTHERN DISTRICT COURT
OF INDIANA
NOV 16 2020

This summons for *(name of individual and title, if any)* Tyler O. Moore (acting as Kokomo Mayor)
was received by me on *(date)* 11-10-20 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Personally handed to City's Attorney Clerk Sarah White City of
Kokomo Mayor 100 S. Union St. Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-20 _____

_____ Ar Razzaaq Rashid Bey
*Server's signature*

Ar Razzaaq Rashid Bey (Moor)
RESERVING ALL RIGHTS *Printed name and title*
UCC 1-308 1-101 1-103

C/O 1524 North Purdum Street
*Server's address*
Kokomo, IN near [46901]

Additional information regarding attempted service, etc: Without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Ar Razzaaq Rashid Bey
_____
*Plaintiff(s)*

v.                                          Civil Action No. 1:20-CV-365-HAB

Tyler O. Moore
_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Tyler O. Moore
100 South Union Street
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O  1524 North Purdum Street
Kokomo, Indiana near [ 46901 ]
without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/9/2020
_____

B. S_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

-FILED-

Civil Action No. _____

NOV 16 2020

At_____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Magistrate Douglas A. Tate

was received by me on *(date)* 11-10-20 .

☒ I personally served the summons on the individual at *(place)* Superior Court 3 Howard County

Douglas A. Tate on *(date)* 11-10-20 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: 16-10-20

Ar Razzaaq Rashid Bey
*Server's signature*

Ar Razzaaq Rashid Bey (Moor)

**RESERVING ALL RIGHTS**
**UCC 1-308 1-101 1-103**
*Printed name and title*

C/O 1524 North Purdum Street
Kokomo, IN near [46901]
*Server's address* without the UNITED STATES

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Ar Razzaaq Rashid Bey )
_Plaintiff(s)_ )
)
v. )   Civil Action No. 1:20-CV-365-HAB
)
Douglas A. Tate )
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Douglas A. Tate
104 N Buckeye St
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana near [46901]
Without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/9/2020

B. S
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.



~FILED~

NOV 16 2020

ROBERT N. TRGOVICH, Clerk M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pro-Se-Cu-Tor Mark A. McCann

was received by me on *(date)* 11-10-20 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Howard Co. Prosecutor's Office at 220 N. Main St, Kokomo, IN 46901
was personally handed to his paralegal.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-20

_____ Bazzaaq Bashid Bey _____
Server's signature

Ar Razzaaq Bashid Bey (Moor)
RESERVING ALL RIGHTS Printed name and title
UCC 1-308 1-101 1-103

C/O 1524 North Purdum Street
Kokomo, IN Server's address near [46901]

Additional information regarding attempted service, etc: without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

|  |  |
|---|---|
| ArRazzaaq Rashid Bey _____ <br> *Plaintiff(s)* <br><br> v. <br><br> Mark A. McCann _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No. 1: 20-CV-365-HAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Mark. A. McCann
104 North Buckeye St.
Kokomo, IN 46901

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana near [ 46901 ]
without the UNITED STATES

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                      CLERK OF COURT

Date: 11/9/2020 _____                    _____ B.                          
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

~ FILED ~

Civil Action No.

NOV 16 2020

**PROOF OF SERVICE**

At _____ M

ROBERT N. TRGOVICH, Clerk

U.S. DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Public Servant Justin Mackey

was received by me on *(date)* 11-10-20 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Personally handed to City Attorneys Secretary Sarah White
City of Kokomo Police Department 100. S. Union St Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-20 _____

_ArRazzaaq Rashid Bey_
*Server's signature*

ArRazzaaq Rashid Bey (Moor)

RESERVING ALL RIGHTS    *Printed name and title*
UCC 1-308 1-101 1-103

C/O 1524 North Purdum Street
Kokomo, IN    *Server's address*    near [46901]

Additional information regarding attempted service, etc: without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

|  |  |
|---|---|
| Ar Razzaag Rashid Bey | ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | |
| Justin Mackey | |
| *Defendant(s)* | |

Civil Action No. 1:20-CV-365-HAB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Justin Mackey
100 South Union Street
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana near [46901]
without the UNITES STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/9/2020

B. S

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

NOV 16 2020

At
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

This summons for *(name of individual and title, if any)* Public Servant Graham Dennis

was received by me on *(date)* 11-10-20 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Personally handed to City Attorneys Secretary Sarah White
City of Kokomo Police Department, 100. S. Union St. Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-20

*Server's signature*

Ar Razzaag Rashid Bey (Moor)
**RESERVING ALL RIGHTS** *Printed name and title*
**UCC 1-308  1-101  1-103**

C/O 1524 North Purdum Street
Kokomo, IN *Server's address* Near [46901]

Additional information regarding attempted service, etc: Without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Ar Razzaaq Rashid Bey
_____
*Plaintiff(s)*

v.                                              Civil Action No. 1:20-CV-365-HAB

Graham Dennis
_____
*Defendant(s)*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Graham Dennis
100 South Union Street
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana near [46901]
Without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/9/2020

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

~FILED~

Civil Action No.

NOV 16 2020

ROBERT N. TRGOVICH, Clerk
At
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Public Servant Andrew Grammar

was received by me on *(date)* 11-10-20 .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Personally handed to City attorney's secretary Sarah White
City of Kokomo Police Department 100 S. Union St Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-20 _____

*Server's signature*

Ar Razzaaq Rashid Bey (Moor)
*Printed name and title*

RESERVING ALL RIGHTS
UCC 1-308 1-101 1-103

C/O 1524 North Purdum Street
Kokomo, IN *Server's address*
near [46901]

Additional information regarding attempted service, etc: without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| Ar-Razzaaq Rashid Bey _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) Civil Action No. 1: 20-CV-365-HAB |
| Andrew Grammar _____ | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

      Andrew Grammar
      100 South Union Street
      Kokomo, IN 46901

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      C/O 1524 North Purdum Street
      Kokomo, Indiana near [46901]
      Without the UNITED STATES

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                      *CLERK OF COURT*

Date: 11/9/2020 _____           B. Sn _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

FILED

NOV 16 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
_____ DISTRICT COURT
_____ DISTRICT OF INDIANA

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Public Servant Noah Moody**

was received by me on *(date)* **11-10-20** .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* **Personally handed to City Attorney's secretary Sarah White City of Kokomo Police Department 100 S. Union St Kokomo, IN 46901**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **11-10-20**

*Ar Razzaaq Rashid Bey*
_____
Server's signature

**Ar Razzaaq Rashid Bey (Moor)**
_____
Printed name and title

RESERVING ALL RIGHTS
UCC 1-308  1-101  1-103

**C/O 1524 North Purdum Street Kokomo, IN near [ 46901 ]**
_____
Server's address

Additional information regarding attempted service, etc: **Without the UNITED STATES**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Ar-Razzaq Rashid Bey
_____
*Plaintiff(s)*

v.

Noah Moody
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1: 20 -CV- 365- HAB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Noah Moody
100 S. Union St.
Kokomo, In  46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana near [46901]
Without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/9/2020

B. [signature]
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

FILED

NOV 1 6 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) Public Servant Chris White

was received by me on (date) 11-10-20 .

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): Personally handed to City Attorneys secretary Sarah White
City of Kokomo Police Department 100 S. Union St Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-20

_____
Server's signature

Ar Razzaaq Rashid Bey (Moor)
Printed name and title

**RESERVING ALL RIGHTS**
**UCC 1-308 1-101 1-103**

C/O 1524 North Purdom Street
Kokomo, IN                    near [46901]
Server's address

Additional information regarding attempted service, etc: without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Ar-Razzaaq Rashid Bey
_____
*Plaintiff(s)*

v.

Chris White
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:20-CV-365-HAB

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Chris White
100 S. Union St.
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana   near [46901]
Without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/9/2020
_____

B. S_____
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

-FILED-

NOV 16 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
DISTRICT OF INDIANA

This summons for *(name of individual and title, if any)* Public Servant Isaac Walden

was received by me on *(date)* 11-10-20 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Personally handed to City Attorneys Secretary Sarah White
City of Kokomo Police Department. 100 S. Union St   Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-20

Ar Razzaaq Rashid Bey
*Server's signature*

Ar Razzaaq Rashid Bey (Moor)
*Printed name and title*

RESERVING ALL RIGHTS
UCC 1-308 1-101 1-103

C/O 1524 North Purdum Street
Kokomo, IN *Server's address* near [46901]

Additional information regarding attempted service, etc: without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

)
)
)
Ar Razzaaq Rashid Bey )
       Plaintiff(s) )
       v. )    Civil Action No. 1:20-CV-365-HAB
)
)
)
Isaac Walden )
       Defendant(s) )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    Isaac Walden
    100 S. Union St
    Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    C/O 1524 North Purdum Street
    Kokomo, Indiana near [46901]
    without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/9/2020

                           B.              
                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

NOV 16 2020

At _____ M

ROBERT N. TRGOVICH, Clerk

U.S. DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Public Servant Ryan Adams

was received by me on *(date)* 11-10-20 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Personally handed to City Attorneys secretary Sarah White
City of Kokomo Police Department. 100 S. Union st. Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-20

Ar Razzaaq Rashid Bey
*Server's signature*

Ar Razzaaq Rashid Bey (Moor)
**RESERVING ALL RIGHTS** *Printed name and title*
**UCC 1-308 1-101 1-103**

C/O 1524 North Purdum Street
Kokomo, IN   near [46901]
*Server's address*

Additional information regarding attempted service, etc: without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| Ar-Razzaaq Rashid Bey | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) Civil Action No. 1:20-CV-365-HAB |
| | ) |
| Ryan Adams | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Ryan Adams
100. S. Union St
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana  near [46901]
Without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/9/2020

B. [signature]
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)



Civil Action No.

**PROOF OF SERVICE**

NOV 16 2020

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

At ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

This summons for *(name of individual and title, if any)* Public Servant Douglas Stout

was received by me on *(date)* 11-10-20 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Personally handed to City's Attorney's Secretary Sarah White
City of Kokomo Police Department. 100 S. Union St. Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-20

*Ar Bazzaaq Rashid Bey*
*Server's signature*

Ar Bazzaaq Rashid Bey (Moor)
*Printed name and title*

RESERVING ALL RIGHTS
UCC  1-308  1-101  1-103

C/O 1524 North Purdum Street
Kokomo, IN   *Server's address*   Near [46901]

Additional information regarding attempted service, etc: Without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Ar Razzaaq Rashid Bey | ) |
| _Plaintiff(s)_ | ) |
| | ) |
| v. | ) Civil Action No. 1:20-CV-365-HAB |
| | ) |
| Douglas Stout | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Douglas Stout
100 S. Union St
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, INDIana near [ 46901 ]
Without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/9/2020

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

**FILED**

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

NOV 16 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

This summons for *(name of individual and title, if any)* Public Servant Robert Baker

was received by me on *(date)*   11-10-20   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Personally handed to City's Attorney secretary Sarah White
City of Kokomo Police Department 100 S. Union St Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   11-10-20   

*Ar Bazzaaq Rashid Bey*
*Server's signature*

Ar Bazzaaq Rashid Bey (Moor)
*Printed name and title*

**RESERVING ALL RIGHTS**
**UCC  1-308  1-101  1-103**

C/O 1524 North Purdum Street
Kokomo, IN     near [ 46901 ]
*Server's address*

Additional information regarding attempted service, etc: Without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |  |
|---|---|---|
| Ar Razzaaq Rashid Bey | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) ) | Civil Action No. 1:20-CV-365-HAB |
| Robert Baker | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Robert Baker
100 S. Union St
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana near [46901]
Without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 11/9/2020

B. S _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

~FILED~

Civil Action No.

NOV 16 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Public Servant Zachary Griffith

was received by me on *(date)*  11-10-20  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Personally handed to City Attorneys Secretary Sarah White
City of Kokomo Police Department. 100 S. Union St Kokomo, IN
46901

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  11-10-20  _____

*Ar Razzaag Rashid Bey*
*Server's signature*

Ar Razzaag Rashid Bey (Moor)
*Printed name and title*

RESERVING ALL RIGHTS
UCC  1-308  1-101  1-103

C/0 1524 North Purdum Street
Kokomo, IN        near [46901]
*Server's address*

Additional information regarding attempted service, etc:  Without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |  |
|---|---|---|
| Ar Razzaaq Rashid Bey | ) | |
| _Plaintiff(s)_ | ) | |
| | ) | Civil Action No. 1:20-CV-365-HAB |
| v. | ) | |
| | ) | |
| Zachary Griffith | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
    Zachary Griffith
    100 S. Union St
    Kokomo, IN 46901

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    C/O  1524 North Purdum Street
    Kokomo, Indiana near [46901]
    without the UNITED STATES

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                            _CLERK OF COURT_

Date:  11/9/2020

                                            B.                       
                                            _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

-FILED-

NOV 1 6 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Jordan Buckley  (Sheriff)

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Personally handed to Supervisor Rod Shaffer of City of Kokomo
Sheriff Department. 1800 W. Markland Ave Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  11-10-20

Ar Razzaaq Rashid Bey
*Server's signature*

Ar Razzaaq Rashid Bey (Moor)
*Printed name and title*

**RESERVING ALL RIGHTS**
**UCC  1-308  1-101  1-103**

c/o 1524 North Purdum Street
Kokomo, IN   *Server's address*   near [ 46901 ]

Additional information regarding attempted service, etc: without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Ar Razzaq Rashid Bey
_____
Plaintiff(s)

v.                                    Civil Action No. 1:20-CV-365-HAB

Jordan Buckley
_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jordan Buckley
1800 W. Markland Ave
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
C/O 1524 North Purdum Street
Kokomo, Indiana near [46901]
without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/9/2020
_____

B. Sn
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

~~FILED~~

NOV 1 6 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

This summons for *(name of individual and title, if any)* Sheriff Justin Markley

was received by me on *(date)* 11-10-20 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Personally handed to Supervisor Rod Shaffer of City of Kokomo
Sheriff Department. 1800 W. Markland Ave. Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-20 _____

*Ar Razzaaq Rashid Bey*
*Server's signature*

Ar Razzaaq Rashid Bey (Moor)

**RESERVING ALL RIGHTS**      *Printed name and title*
**UCC  1-308  1-101  1-103**

C/O 1524 North Purdum Street
Kokomo, IN      *Server's address*      near [46901]

Additional information regarding attempted service, etc: Without the UNITED STATES

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Ar Razzaaq Rashid Bey | ) | |
| *Plaintiff(s)* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1: 20-CV-365-HAB |
| | ) | |
| Justin Markley | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Justin Markley
1800 W. Markland Ave
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana near [46901]
without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/9/2020

B. _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

NOV 1 6 2020

At
ROBERT N. T_____
U.S. DISTRIC_ U__
NORTHERN DISTRICT OF INDIANA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sheriff Alan Weimer

was received by me on *(date)*  11-10-20  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:  Personally handed to supervisor Rod Shaffer of City of Kokomo
Sheriff Department. 1800 W. Markland Ave  Kokomo, IN  46901

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  11-10-20

*Ar Razzaaq Rashid Bey*
*Server's signature*

Ar Razzaaq Rashid Bey (Moor)
*Printed name and title*

RESERVING ALL RIGHTS
UCC  1-308  1-101  1-103

C/o 1524 North Purdum Street
Kokomo, IN   *Server's address*   near [46901]

Additional information regarding attempted service, etc:  Without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Ar Razzaaq Rashid Bey
_____
*Plaintiff(s)*

v.

Alan Weimer
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:20-CV-365-HAB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Alan Weimer
1800 W. Markland Ave
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Staet
Kokomo, Indiana near [ 46901 ]
without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/9/2020
_____

B. S_____
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

~FILED~

NOV 16 2020

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

At _____ M

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sheriff Keith Meyers

was received by me on *(date)* 11-10-20 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Personally handed to Supervisor Rod Shaffer of City of Kokomo Sheriff Department, 1800 W. Markland Ave. Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-20

*Ar Razzaaq Rashid Bey*
Server's signature

Ar Razzaaq Rashid Bey (Moor)
Printed name and title

RESERVING ALL RIGHTS
UCC 1-308 1-101 1-103

C/O 1524 North Purdum Street
Kokomo, IN near [46901]
Server's address

Additional information regarding attempted service, etc:  Without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| Ar Razzaaq Rashid Bey _____ <br> *Plaintiff(s)* <br><br> v. <br><br> Keith Meyers _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1: 20-CV-365-HAB <br> ) <br> ) <br> ) <br> ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Keith Meyers
> 1800 W. Markland Ave
> Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> C/O 1524 North Perdum Street
> Kokomo, IN near [46901]
> without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/9/2020 _____        B. S~ _____
                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**FILED**

NOV 16 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sheriff Ezekiel Zimmerman

was received by me on *(date)* 11-10-20 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Personally handed to Supervisor Rod Shaffer of City of Kokomo
Sheriff Department, 1800 W. Markland Ave. Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-20 _____

_____ *Ar Razzaaq Rashid Bey*
*Server's signature*

Ar Razzaaq Rashid Bey (Moor)
RESERVING ALL RIGHTS  *Printed name and title*
UCC 1-308 1-101 1-103

C/O 1524 North Purdum Street
Kokomo, IN    near [46901]
*Server's address*

Additional information regarding attempted service, etc: Without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

)
)
)
Ar Razzaaq Rashid Bey
)
*Plaintiff(s)*
)
v.                              )          Civil Action No. 1:20-CV-365-HAB
)
)
Ezekiel Zimmerman              )
*Defendant(s)*                 )
)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Ezekiel Zimmerman
1800 W. Markland Ave
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana near [46901]
without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/9/2020                                   R. S⸺
                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

**-FILED-**

NOV 1 6 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

This summons for *(name of individual and title, if any)* Robin Byers

was received by me on *(date)* 11-10-20 .

☒ I personally served the summons on the individual at *(place)* Howard County Indiana
Corrections Division                          on *(date)* 11-10-20      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: 11-10-20

*Ar Razzaaq Rashid Bey*
Server's signature

Ar Razzaaq Rashid Bey (Moor)
Printed name and title

RESERVING ALL RIGHTS
UCC 1-308 1-101 1-103

C/O 1524 North Pordum Street
Kokomo, IN          Server's address
near [46901]

Additional information regarding attempted service, etc: Without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| ArRazzaaq Rashid Bey _____ *Plaintiff(s)* | ) ) ) ) ) ) Civil Action No. 1:20-CV-365-HAB |
| v. | ) ) |
| Robin Byers _____ *Defendant(s)* | ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Robin Byers
1800 w. markland Ave
Kokomo, IN  46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/o 1524 North Purdum St
Kokomo, Indiana near [46901]
without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  11/9/2020  _____

_____
B.
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

**FILED**

NOV 1 6 2020

At _____ M
ROBERT N. TROGOVICH, Clerk
NORTHERN DISTRICT OF INDIANA

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Justin Christmas

was received by me on *(date)* 11-10-20 .

❑ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Personally handed to supervisor Robin Byers of Howard County
Indiana Corrections Division. 1800 W. Markland Ave. Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-20

*Ar Razzaaq Rashid Bey*
*Server's signature*

Ar Razzaaq Rashid Bey (Moor)
**RESERVING ALL RIGHTS** *Printed name and title*
**UCC 1-308  1-101  1-103**

C/o 1524 North Purdum Street
Kokomo, IN *Server's address* near [46901]

Additional information regarding attempted service, etc: Without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Ar-Razzaaq Rashid Bey
_____
Plaintiff(s)

v.

Justin Christmas
_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)

Civil Action No. 1: 20-CV-365-HAB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Justin Christmas
1800 W. Markland Ave
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O   1524 North Purdum Street
Kokomo, Indiana  near [ 46901 ]
Without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/9/2020
_____

B. S_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED

NOV 16 2020

At _____ N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

This summons for *(name of individual and title, if any)* Kelsey Kirkpatrick (908)
was received by me on *(date)* 11-10-20 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Personally handed to supervisor Robin Byers of Howard County
Indiana Corrections Division, 1800 W. Markland Ave. Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-20

Ar Razzaaq Rashid Bey
*Server's signature*

Ar Razzaaq Rashid Bey (Moor)
RESERVING ALL RIGHTS *Printed name and title*
UCC 1-308 1-101 1-103

C/O 1524 North Purdum Street
Kokomo, IN *Server's address* near [46901]

Additional information regarding attempted service, etc: Without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | )<br>)<br>) | |
|---|---|---|
| Ar Razzaaq Rashid Bey | )<br>) | |
| *Plaintiff(s)* | ) | |
| v. | )<br>) | Civil Action No. 1:20-CV-365-HAB |
| | )<br>) | |
| Kelsey Kirkpatrick | )<br>) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Kelsey Kirkpatrick
1800 W. Markland Ave
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum St
Kokomo, Indiana near [ 46901 ]
without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  11/9/2020

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**-FILED-**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

NOV 1 6 2020

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

This summons for *(name of individual and title, if any)* Ben Penrad (CO30th)

was received by me on *(date)* 11-10-20 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Personally handed to supervisor Robin Byer's of Howard County
Indiana Corrections Division, 1800 W. Markland Ave Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-20 _____

*Ar Razzaq Rashid Bey*
*Server's signature*

Ar Razzaq Rashid Bey (Moor)

**RESERVING ALL RIGHTS** *Printed name and title*
**UCC 1-308 1-101 1-103**

C/O 1524 North Purdum Street
Kokomo, IN *Server's address* near [46901]

Additional information regarding attempted service, etc: without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

)
)
)
)

Ar Razzaaq Rashid Bey
_Plaintiff(s)_

)
)

Civil Action No. 1:20-CV-365-HAB

v.

)
)
)
)
)

Ben Penrod
_Defendant(s)_

)
)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Ben Penrod
1800 W. Markland Ave
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O  1524 North Purdum Street
Kokomo, Indiana near [46901]
Without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 11/9/2020

B. _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

NOV 16 2020

At ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

This summons for *(name of individual and title, if any)* Marvin Johnson ( owner of Johnson Towing Inc )

was received by me on *(date)* 11-10-20 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Personally handed to Emily clerk of Johnson's Towing
Johnson's Towing Inc 714 N. Lafountain street Kokomo, Indiana 46901
Have video of me serving summons.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-20

Ar Razzaaq Rashid Bey
*Server's signature*

Ar Razzaaq Rashid Bey (Moor)
*Printed name and title*

RESERVING ALL RIGHTS
UCC 1-308  1-101  1-103

C/O 1524 North Purdum Street
Kokomo, IN  *Server's address*  near [ 46901 ]

Additional information regarding attempted service, etc: Without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

|  |  |
|---|---|
| Ar Razzaaq Rashid Bey _____ | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:20-CV-365-HAB ) |
| Marvin Johnson _____ | ) ) ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Marvin Johnson
714 N. Lafountain St
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana near [46901]
Without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/9/2020 _____          B. S_____ _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

*FILED*

*At* ROBERT N. TRGOVICH, ___ M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

NOV 16 2020

This summons for *(name of individual and title, if any)*  Allan Wilson (owner Competition Towing In )
was received by me on *(date)*  11-10-20 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Tried to personally hand to Ronnie he refused it. Then we seen Allan Wilson he
refused and locked doors on me. So I told him he's been served and dropped it in
his drop box at Competition Towing and Recovery. 1101 S Apperson Way, Kokomo IN 46802 I
have video of me serving summons.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-20

*Ar Razzaaq Rashid Bey*
*Server's signature*

*Ar Razzaaq Rashid Bey (Moor)*
RESERVING ALL RIGHTS
UCC  1-308  1-101  1-103
*Printed name and title*

C/O 1524 North Purdum Street
*Server's address*
Kokomo, IN                    near [46901]

Additional information regarding attempted service, etc:  without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| Ar Razzaaq Rashid Bey | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
|  | ) Civil Action No. 1:20-CV-365-HAB |
| Allan Wilson | ) |
| _Defendant(s)_ | ) |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Allan Wilson
1101 S. Apperson Way
Kokomo, IN 46902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana near [46901]
without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 11/9/2020

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

NOV. 13 2020
At _____
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIAN

This summons for *(name of individual and title, if any)* Kenny Carter (owner of Martin Wrecker

was received by me on *(date)* 11-10-20 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* All documents I mailed certified to Martins Wrecker Service Inc was
returned back to sender, So it was left with Megan  the Clerk of
Martins Wrecker Service. I have video of me serving summons. Martin's Wrecker Service
1234 E. Sycamore St Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 11-10-20

*Server's signature*

RESERVING ALL RIGHTS
UCC  1-308  1-101  1-103
Ar Razzaaq Rashid Bey (Moor)
*Printed name and title*

C/O 1524 North Purdum Street
Kokomo, IN  *Server's address*  near [46901]

Additional information regarding attempted service, etc: Without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| Ar Razzaaq Rashid Bey | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:20-CV-365-HAB |
| Kenny Carter | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Kenny Carter
1234 E. Sycamore St
Kokomo IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O  1524 North Purdum Street
Kokomo, Indiana near [ 46901 ]
without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  11/9/2020

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

NOV 16 2020

At
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Martin's Towing

This summons for *(name of individual and title, if any)*  Kobe Carter (Tow truck Operator)

was received by me on *(date)*  11-10-20 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* All documents I mailed certified to Martin's Wrecker Service Inc was
Returned back to sender. So it was left with Megan the Clerk of Martins
Wrecker Service. I have video of me serving summons. Martins Wrecker Service
1234 E. Sycamore St. Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  11-10-20

*Ar Razzaaq Rashid Bey*
*Server's signature*

Ar Razzaaq Rashid Bey (Moor)
*Printed name and title*

**RESERVING ALL RIGHTS**
**UCC 1-308 1-101 1-103**

C/O 1524 North Purdum Street
Kokomo, IN           near [46901]
*Server's address*

Additional information regarding attempted service, etc:  Without the UNITED STATES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

|  |  |
|---|---|
| Ar Razzaaq Rashid Bey _____ <br> *Plaintiff(s)* <br> v. <br> Kobe Carter _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:20-CV-365-HAB |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Kobe Carter
1234 E. Sycamore St
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana near [46901]
without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/9/2020 _____          B Sn _____
                                          *Signature of Clerk or Deputy Clerk*