AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
NOV 16 2020
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

This summons for *(name of individual and title, if any)* Mark. A. Hurt (Pro-Se-Cu-Tor)
was received by me on *(date)* 11-10-20 .

☐ I personally served the summons on the individual at *(place)* _____
 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I tried to serve Mark A. Hurt on 11-10-20 he wasn't there. His Secretary would not take it. Left messages and he wouldn't return them. So I Served the Summons through U.S. Postal Service Return receipt to me Postal number 7019 2280 0001-4663 3587   220 N. Main St Room 445 Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-13-20

*Server's signature*

Ar Razzaaq Rashid Bey (Moor)
RESERVING ALL RIGHTS  *Printed name and title*
UCC 1-308  1-101  1-103

C/O 1524 North Purdum Street
Kokomo, IN   near [46901]
*Server's address*

Additional information regarding attempted service, etc: Without the UNITED STATES

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Ar Razzaaq Rashid Bey
*Plaintiff(s)*

v.

Civil Action No. 1:20-CV-365-HAB

Mark A. Hurt
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mark A. Hurt
104 N. Buckeye St
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana near [46901]
without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/9/2020

B. S.
*Signature of Clerk or Deputy Clerk*