IN THE UNITED STATES DISTRICT COURT
Northern District of Indiana
Fort Wayne Division

AR RAZZAAQ RASHID BEY,            )
                                  )
            Plaintiff,            )
                                  )  Case No. 1:20-cv-365-HAB-SLC
      v.                          )
                                  )
TYLER O. MOORE, et al.,           )
                                  )
            Defendants.           )

# NOTICE OF APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Jordan Buckley, Badge #34-66, Acting as Deputy Sheriff for City of Kokomo Sheriff's Department**

**Justin Markley, Badge #34-72, Acting as Deputy Sheriff for City of Kokomo Sheriff's Department**

**Alan Weimer, Badge #34-84, Acting as Deputy Sheriff for City of Kokomo Sheriff's Department**

**Keith Meyers, Badge #34-41, Acting as Deputy Sheriff for City of Kokomo Sheriff's Department**

**Ezekiel Zimmerman, Badge #34-81, Acting as Deputy Sheriff for City of Kokomo Sheriff's Department**

**Robin Byers, Acting as Jail Commander of Howard County Indiana Corrections Division**

**Justin Christmas, Acting as Jail Assistant Commander of Howard County Indiana Corrections Division**

**Kelsey Kirkpatrick, Badge #986, Acting as Jail Supervisor of Howard County Indiana Corrections Division**

**Ben Penrod, Badge #C030, Acting as Jail Supervisor of Howard County Indiana Corrections Division**

Date:  November 20, 2020

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By:  */s/ Daniel M. Witte*
Daniel M. Witte, 18957-49
280 East 96th Street, Suite 325
Indianapolis, IN 46240
*Mailing*:  P. O. Box 64093
   St. Paul, MN 55164-0093
PH (317) 818-5121
dwitte@travelers.com

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically using the Case Management/Electronic Case Files ("CM/ECF") system and served via the CM/ECF system upon registered counsel of record on **November 20, 2020**.

I further certify that the foregoing document was served upon the following persons via first class U.S. mail, postage pre-paid, on **November 20, 2020**:

Ar Razzaaq Rashid Bey
1524 North Purdum Street
Kokomo, IN 46901

By: /s/ *Daniel M. Witte*
Daniel M. Witte, 18957-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
***Mailing Address:*** P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5121
FX (317) 818-5124
dwitte@travelers.com

DMW:gb