IN THE UNITED STATES DISTRICT COURT
Northern District of Indiana
Fort Wayne Division

AR RAZZAAQ RASHID BEY,  )
　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　)
　　　　　　　　　　　　　)　Case No. 1:20-cv-365-HAB-SLC
　　　v.　　　　　　　　　 )
　　　　　　　　　　　　　)
TYLER O. MOORE, et al.,　　)
　　　　　　　　　　　　　)
　　　　　　Defendants.　　 )

# HOWARD COUNTY DEFENDANTS'
# MOTION TO DISMISS FOR IMPROPER VENUE

Defendants, Jordan Buckley, Justin Markley, Alan Weimer, Keith Meyers, Ezekiel Zimmerman, Robin Byers, Justin Christmas, Kelsey Kirkpatrick, and Ben Penrod ("Howard County Defendants"), by counsel, pursuant to Fed. R. Civ. P. 12(b)(3) and N.D. Ind. L.R. 7-1, respectfully move the Court for dismissal of Plaintiff's *Civil Complaint* [Doc. 3] for improper venue. Contemporaneously herewith, Defendants file their brief in support of this motion to dismiss.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**TRAVELERS STAFF COUNSEL INDIANA**

　　　　　　　　　　　　　　By:　/s/ *Daniel M. Witte*
　　　　　　　　　　　　　　　　　Daniel M. Witte, 18957-49

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically using the Case Management/Electronic Case Files ("CM/ECF") system and served via the CM/ECF system upon registered counsel of record on **November 20, 2020**.

I further certify that the foregoing document was served upon the following persons via first class U.S. mail, postage pre-paid, on **November 20, 2020**:

Ar Razzaaq Rashid Bey
1524 North Purdum Street
Kokomo, IN 46901

By: /s/ *Daniel M. Witte*
Daniel M. Witte, 18957-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
**Mailing Address:**  P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5121
FX (317) 818-5124
dwitte@travelers.com

DMW:gb