# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| AR RAZZAAQ RASHID BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:20-CV-365-HAB |
| ) | |
| TYLER O. MOORE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Kokomo Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 13). As Defendants note, the allegations in this case address events that occurred and individuals who live in Howard County, Indiana. Plaintiff makes no argument to the contrary. Howard County is within the jurisdictional boundaries of the United States District Court for the Southern District of Indiana. *See* https://www.insd.uscourts.gov/court-information. With no other locations identified in the Complaint, this case could, and should, have been filed in the Southern District pursuant to 28 U.S.C. 1391(b)(2). For these reasons, pursuant to 28 U.S.C. § 1404(a), this case is TRANSFERRED to the United States District Court for the Southern District of Indiana.

SO ORDERED on December 14, 2020.

                                                  s/ Holly A. Brady
                                                  JUDGE HOLLY A. BRADY
                                                  UNITED STATES DISTRICT COURT